```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         4:08CR3069
                              )
      v.                      )
                              )
MARCOS ANDREW MUNOZ,          )            ORDER
                              )
            Defendant.        )
                              )
```

IT IS ORDERED:

Plaintiff's motion for time, filing 22, is granted and plaintiff is given until October 3, 2008 to file its response to defendant's motion to suppress.

DATED this 26th day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge